*In re* ANA IRMA RIVERA LASSEN.

*Número:* 5898     *Resuelto:* 22 de abril de 1985

*Govén D. Martínez Surís, Director de Inspección de Notarías,* querellante; *Ana Irma Rivera Lassen, pro se.*

■ PER CURIAM: En relación con la obligación que le impone a los notarios públicos la Sec. 26 de la Ley Notarial, 4 L.P.R.A. sec. 1026, relativa a su obligación de rendir semanalmente índices notariales, en *In re Colón de Zengotita,* 116 D.P.R. 303, 304–305 (1985), expresamos que dicha obligación es una de "cumplimiento estricto" y que "el reiterado incumplimiento con las exigencias de dicha ley acusa una indiferencia de parte del notario que le coloca en el umbral de la incapacidad para actuar en tan delicado y puntilloso ministerio".

■ La abogada-notario Ana Irma Rivera Lassen, a pesar de ser una que está activa en su profesión como tal, únicamente rindió índices notariales durante el año 1984 corres-

pondientes a dos (2) semanas.[1] Un análisis de la obra notarial efectivamente realizada por la referida abogada demuestra que la obra notarial realizada por ésta es una de carácter sensitivo en relación con la cual la omisión de rendir los índices a tiempo podría tener consecuencias de "naturaleza grave lesivas a la fe pública de que están investidos los notarios". *In re Colón de Zengotita*, ante.

Por los fundamentos antes expresados, *se dictará sentencia que suspenda del ejercicio del notariado en Puerto Rico a la Lcda. Ana Irma Rivera Lassen por el término de un (1) año, contado el mismo a partir del 1ro de mayo de 1985.*[2]

---

[1] La semana que finalizó el 13 de mayo y la que terminó el 17 de junio de 1984.

[2] La acción disciplinaria decretada es independiente de aquella responsabilidad civil en que pueda haber incurrido la notario público de referencia, causada la misma por su omisión en rendir los índices notariales.